

# Law Offices of Anthony A. Coletti, S.C.

101 Evergreen Parkway, Unit 3, Elkhorn, WI 53121
Phone: (262) 723-8000   Fax: (262) 723-8030

August 6, 2014

*Via Electronic Filing*
Honorable J. P. Stadtmueller
United States Courthouse, Room 471
517 E. Wisconsin Avenue
Milwaukee, WI  53202

Re:   NTI AG *v* LinMot, Inc. *et al*
      U.S. Eastern District Court Case No. 2:13-CV-01323-JPS

Dear Judge Stadtmueller:

Thank you for approving the adjournment of the Trial of the above-referenced action to December 29, 2014. Although I think it was understood that the discovery deadline was extended, a definite date was not established. I would like to suggest that the following deadlines be amended to conform to the new Trial date and the needs of the parties for further discovery:

1. Discovery to be completed by December 11, 2014; and
2. Motions in Limine to be filed by December 11, 2014.

If these deadlines are acceptable, I will submit a proposed order. Thank you for your consideration.

Very truly yours,

LAW OFFICES OF ANTHONY A. COLETTI, SC
Attorney for the Plaintiff

By:   s/Anthony A. Coletti
      Anthony A. Coletti, SBN 1018646
      *Attorney for Plaintiff, NTI AG.*
      Law Offices of Anthony A. Coletti, S.C.
      101 Evergreen Parkway, Unit #3
      Elkhorn, WI  53121
      Phone: (262) 723-8000
      Facsimile: (262) 723-8030
      Email: tony@colettilaw.com

cc:   NTI AG
      Attorney Mark E. Sostarich